```
               UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF LOUISIANA
```

BLAINE BEAN                                    CIVIL ACTION

VERSUS                                         NO: 14-2210

BONITA J. PITTMAN, et al.                      SECTION: R(3)

### ORDER AND REASONS

Before the Court is Blaine Bean's 42 U.S.C. § 1983 civil rights complaint,[1] and the Magistrate Judge's Report and Recommendation ("R&R") that Bean's petition be dismissed with prejudice.[2] The Court, having reviewed *de novo* the complaint, the record, the applicable law, and the Magistrate Judge's unopposed R&R, hereby approves the R&R and adopts it as its opinion.

Accordingly,

Blaine Bean's civil rights complaint is DISMISSED WITH PREJUDICE.

**New Orleans, Louisiana, this** 26th **day of January, 2015.**

*Sarah Vance*
_____
**SARAH S. VANCE
UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 1.

[2] R. Doc. 13.